**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| BELL GEOSPACE, INC. | ) | |
| | ) | |
| Plaintiff, | ) | No. |
| | ) | |
| v. | ) | |
| | ) | |
| XCALIBUR GEOPHYSICS SPAIN S.L. d/b/a | ) | |
| XCALIBUR MULTIPHYSICS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**COMPLAINT FOR UNFAIR COMPETITION,**
**TORTIOUS INTERFERENCE WITH PROSPECTIVE BUSINESS RELATIONSHIP,**
**BUSINESS DISPARAGEMENT, AND LIBEL**

For its claim against Defendant Xcalibur Geophysics Spain S.L. d/b/a Xcalibur

Multiphysics ("Xcalibur"), Plaintiff Bell Geospace Inc. ("Bell Geo") hereby alleges as follows:

**NATURE OF THE ACTION**

1.      This is a civil action to enjoin and remedy: unfair competition under 15 U.S.C. §

1125, intentional interference with prospective business relationships, business disparagement,

and libel.

2.      This action arises out of Xcalibur's practice of spreading false and/or misleading

statements about Bell Geo and its services that have resulted in lost business for Bell Geo and

harm to its reputation.

**THE PARTIES**

3.      Bell Geo is a Delaware Corporation, with its principal place of business at 400 N

Sam Houston Parkway East, Suite 325, Houston, Texas 77060.

4.     Upon information and belief, Xcalibur Geophysics Spain S.L. is a Spanish Company, with its principal place of business Madrid, Spain.

5.     Xcalibur Geophysics Spain S.L. holds itself out and does business as Xcalibur Multiphysics.  Specifically, in a lawsuit filed in India by Xcalibur against, *inter alia*, Bell Geo, Xcalibur stated that "[Xcalibur Geophysics Spain S L] is doing its business in the name of Xcalibur Multiphysics."

## JURISDICTION AND VENUE

6.     This Court has subject matter jurisdiction over the claims in this action pursuant to 28 U.S.C. §§ 1331 (federal question), 1332 (diversity jurisdiction), 1338 (unfair competition under trademark laws), and 1367 (supplemental jurisdiction).

7.     This Court may properly exercise personal jurisdiction over Xcalibur since Xcalibur, upon information and belief, has an established place of business within Texas, specifically within this District at 10300 Town Park Dr, Houston, TX 77072, and maintains continuous and systematic general business contacts with the state of Texas and has purposefully availed itself of the benefits and protections of the laws of Texas, and is so at home in Texas such that it should reasonably anticipate being haled into court in Texas.  Alternatively, Xcalibur maintains continuous and systematic general business contacts with the United States and has purposefully availed itself of the benefits and protections of the laws of the United States, and is so at home in the United States such that it should reasonably anticipate being haled into court in United States.

8.     In particular, upon information and belief, Xcalibur owns and/or operates a website having an internet address of https://www.xcaliburmp.com (hereinafter the "Xcalibur website").

A copy of printouts of various pages from the Xcalibur website is attached herewith collectively as **Exhibit A**.

9.     As shown on **Exhibit A**, the Xcalibur website lists an office in Houston, Texas for Xcalibur and shows the United States as a country with "executed projects." **Exhibit A**, page 5.

10.     As further shown , the Xcalibur website identifies at least three different employees that work out of the Houston office of Xcalibur.  **Exhibit A**, pages 6-8.  Upon information and belief, at least one of the employees of Xcalibur working out of the Houston Office during the course of the acts complained of herein was a Vice-President.

11.     Upon information and belief, Xcalibur recruited these employees for employment within Texas.

12.     Further, upon information and belief, Xcalibur has recruited at least one former employee of Bell Geo, a Texas resident, to work as a consultant for Xcalibur's Houston office.

13.      Upon information and belief, the Houston Office was part of an "acquisition" of a business line from another company--CGG.  Upon information and belief, the acquisition included acquiring both assets and liabilities – including assets and liabilities in the United States, and specifically in Texas.

14.     Xcalibur advertises and publicizes this acquisition of assets on the Xcalibur website.  **Exhibit A**, pages 10-12.

15.     Indeed, in furtherance of its Texas operations after the acquisition, Xcalibur has taken additional actions to specifically direct its MagCUBE products and services to "operators and drillers" within Texas.  **Exhibit A**, pages 15-18.

16.     On the Xcalibur website, these services are advertised to allegedly provide for reduced costs that are available "exclusively, from Xcalibur Multiphysics."  **Exhibit A**, page 17.

17.    Upon information and belief, and based on the foregoing, the Houston office of Xcalibur is a significant, substantial, and key office for Xcalibur's gravity gradiometer products and services.

18.    Moreover, gravity gradiometer technology, which is the subject of this lawsuit, is strictly controlled and regulated by the Directorate of Defense[1] Trade Controls (DDTC), part of the U.S. Department of State, under the International Traffic in Arms regulations (ITAR).  22 C.F.R. § 121.1 XII. d. 5.  Any company, even a U.S.-based company, would need permission from the United States government for furnishing services that are controlled.  22 C.F.R. §124.1.

19.    Indeed, Bell Geo has been a registered exporter with the DDTC for over 25 years.

20.    Upon information and belief, as a foreign company, Xcalibur is not permitted to export this technology and, therefore, operates under a technical assistance agreement with Lockheed Martin, the hardware manufacturer, in order to export the technology outside of the United States.  Such agreements are made under United States laws and require the approval of the United States government.

21.    During the course of the acts complained of herein, Xcalibur submitted a contract entered into by a predecessor, Fugro Aviation (Australia) Pty Ltd., to a potential customer as evidence of previous completed projects.  Attached herewith as **Exhibit B** are selected pages of the contract between Armour Energy and Fugro Aviation Australia Pty Ltd.

22.    The contract between Armour Energy and Fugro Aviation Australia Pty Ltd., as represented by **Exhibit B**, was for the same goods and services that Xcalibur was offering to another potential customer during the acts complained of herein.

---

[1]The technology at issue is also controlled by the U.S. Department of Commerce.  *See e.g*., https://www.bis.doc.gov/index.php/documents/regulations-docs/2329-commerce-control-list-index-3/file (page 29).

23.     This contract includes the following clause:

The Processed Falcon Data delivered under this agreement is classified as 'EAR99' by the United States Commerce Department. Under this classification, any such processed data not in the public domain (that is, where access to the data is restricted by the Client) cannot be delivered to countries embargoed by the United States Government (as of 7th Dec 2009; Sudan, Iran, North Korea, Cuba & Syria) nor to any entity on the United States Denied Persons list. The Client shall ensure that any permitted recipient of Processed Falcon Data subscribe to and are bound by the provisions of this clause 20.2 prior to the distribution of the Processed Falcon Data to them.

**Exhibit B**, page 2.

24.     Additionally, this contract states that: "AGG data prior to PMC, demodulation, filtering and levelling are ITAR-restricted data subject to the licensing jurisdiction of the USA Department of State in accordance with the International Trafficking in Arms Regulations and are not provided to Client." **Exhibit B**, page 3.

25.     Thus, Xcalibur provides goods and services that are strictly controlled by the United States government, and these are the goods and services underlying the unfair competition forming the basis for the acts complained of herein.

26.     Accordingly, because Xcalibur has and continues to solicit customers and business in the state of Texas, and does so with technology that is subject to export control, it is reasonable for Xcalibur to be at home in Texas and has every reason to expect to be sued in Texas, therefore, this Court may exercise personal jurisdiction over Xcalibur.

27.     Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b).

## **<u>BACKGROUND</u>**

28.     For over 25 years, Bell Geo has been obtaining and providing Full Tensor Gradiometry (FTG) data and analysis to, for example, the oil and gas and mining industries. Using FTG, Bell Geo has acquired more than 2 million line kilometers of data, and has consistently improved the quality of data, year on year.

29.    Full Tensor Gradiometry is a type of Airborne Gravity Gradiometry (AGG) which measures the rate of change of gravity, caused by subsurface geology.  The measured values allow for maps to be generated by density contrasts resulting from stratigraphic and structural changes.  These maps may be used for exploration for geologic targets in the area or by oil and gas and mining companies.

30.    FTG data is obtained with sensitive measuring equipment and instruments located in an aircraft.  The aircraft flies over target areas obtaining and gathering the necessary data.

31.    Bell Geo has provided FTG related services in the United States and all around the world as well, including for example, Malaysia, Indonesia, India, Nigeria, the United Kingdom, Canada, and Mexico.

32.    Since the gathering of FTG data requires use of an aircraft having the specific FTG instruments, Bell Geo plans its projects and makes arrangements so that its instruments are located in the proper location.  This planning occurs months in advance and often requires consideration of weather and other environmental factors that may inhibit or prohibit the ability to fly aircraft containing the instruments over the target area to obtain the data.

33.    There are currently three companies that have FTG instruments, Bell Geo, Xcalibur, and a third company, Metatek (A Bridgeporth Company).  Since FTG technology measures all of the independent tensor components it is referred to as a *full* tensor system.

34.    Xcalibur also provides gradiometry services, however, and despite owning an FTG instrument, Xcalibur, upon information and belief, does not use its FTG instrument to provide services but uses a different AGG technology.  The AGG technology used by Xcalibur measures less than a full tensor system.  It is known as a ***partial*** tensor system because it only measures

some of the tensor components and uses estimations and/or assumptions to provide the remaining tensor components of the gravity gradients.

35.    Thus, despite owning an FTG instrument, Xcalibur does not utilize it for AGG services.  Instead, Xcalibur provides AGG services with a Partial Tensor Gradiometry (PTG) instrument.

## THE ONGC PROJECT

36.    On or about June 2, 2021, Oil and Natural Gas Corporation Ltd. "ONGC", an Indian company, invited bids for obtaining gradiometry data and performing related AGG services (the "Prospective Contract").

37.    In particular, the Prospective Contract sought deliverables of "Raw and final processed all measured Tensor gravity gradients – Such as Txx (Eo), Txy (Eo), Txz (Eo), Tyy (Eo), Tyz (Eo), Tzz (Eo)."

38.    In response to ONGC's bid invitation, Bellgeo Samit Geosurvey LLP ("Bellgeo LLP") submitted a bid to provide the requested deliverables for the Prospective Contract.  Bellgeo LLP is an Indian Corporation that is a joint venture between Bellgeo Enterprises Limited (a related company to Bell Geo) and Samit Enterprises PVT Ltd, an Indian company.

39.    The bid of Bellgeo LLP was premised on Bell Geo providing services and deliverables, in particular, FTG survey data obtained on an airborne platform, in order to meet the requirements of the bid invitation.

40.    Xcalibur, by and through its related Indian company, Xcalibur Geophysics India Private Limited ("Xcalibur Private Limited"), also submitted a bid purporting to provide the specified deliverables requested by ONGC's bid invitation.  Upon information and belief,

Xcalibur Private Limited is an Indian Corporation that is a joint venture between Xcalibur Aviation (Australia) Pty Ltd and Seismic Solutions LLP.

41.     Despite owning an FTG instrument, upon information and belief, Xcalibur Private Limited's bid was not, however, premised on using Xcalibur's FTG instrument.  Instead, upon information and belief, Xcalibur Private Limited intended to use a PTG instrument that obtains data differently from a FTG instrument. Xcalibur calls this PTG technology "Full Spectrum Falcon Technology."

42.     In response to the bid of Xcalibur Private Limited, ONGC requested Xcalibur Private Limited submit additional information about its experience.  Xcalibur Private Limited was given a deadline of August 30, 2021 to submit additional information.

43.     On or around August 31, 2021, ONGC determined that Xcalibur Private Limited's bid did not meet one or more requirements of the bid invitation.  Specifically, ONGC rejected Xcalibur Private Limited's bid because it did not timely submit sufficient documents showing experience criteria.

44.     Upon information and belief, Xcalibur blamed technological glitches for its inability to upload the documents to the requisite website by the deadline.

45.     On or about September 24, 2021, ONGC indicated that Xcalibur Private Limited's bid was rejected for a further reason.  In particular, ONGC indicated that the bid was also rejected because, inter alia, Xcalibur Private Limited "could not provide any technical catalogues/literature to support the claim that Full Spectrum Falcon Technology will deliver the requested deliverables."

46.     Since ONGC had determined that Xcalibur Private Limited's bid was disqualified, Bellgeo LLP was the only eligible bidder for the contract work.  However, despite being

determined to be the only eligible bidder, Bellgeo LLP was not awarded the Prospective Contract due to the illicit efforts of Xcalibur to prevent ONGC from awarding the Prospective Contract.

## XCALIBUR BEGINS TO IMPROPERLY INTERFERE
## WITH THE AWARD OF THE PROSPECTIVE CONTRACT

47.    In response to the bid of Xcalibur Private Limited being rejected, Xcalibur began a campaign to prevent ONGC from awarding the Prospective Contract.  The campaign was premised on spreading false and misleading information about Bell Geo and its services – instead of focusing on the shortcomings of the bid of Xcalibur Private Limited.

48.    For example, on or about September 24, 2021, shortly after the bid of Xcalibur Private Limited was rejected and ONGC opened the eligible bids, Xcalibur sent a letter to ONGC. A copy of the September 24, 2021 letter is attached hereto as **Exhibit C**.[2]

49.    The September 24, 2021 letter was only the start of a coordinated campaign by Xcalibur to stop the Prospective Contract from being entered into between Bellgeo LLP and ONGC by any means necessary including by disseminating false and misleading statements about Bell Geo and its FTG technology and claiming an anti-competitive conspiracy between Bellgeo LLP and ONGC, instead of the ineligibility of the bid of Xcalibur Private Limited.

---

[2] The September 24, 2021 letter includes one or more trademarks or logos of Xcalibur Multiphysics (**Exhibit C**, generally), includes in its header an address for the "Xcalibur website" (**Exhibit C**, pages 1-3), and includes the representation that "Earlier, rejecting *our* bid the first time around, ONGC claimed Xcalibur did not have sufficient experience. Now that *we* have established *we* do qualify on the grounds of experience…"  **Exhibit C**, page 3 (emphasis added). Upon information and belief, the "experience" referred to in the September 24, 2021 letter was for services that were not performed or provided by Xcalibur Private Limited.  Based on the foregoing, it is reasonable to believe that the representations and statements made in the September 24, 2021 letter were made by Xcalibur Multiphysics.

50.    For example, in the September 24, 2021 letter, Xcalibur complained that ONGC did not apply the same criteria to all bidders, and that Bellgeo LLP's bid "ha[d] been shortlisted." **Exhibit C**, page 2.

51.    Further, in its letter Xcalibur claimed that Bell Geo's FTG technology "does not acquire Tzz" and that the "criteria for rejection is not applied uniformly but...selectively." **Exhibit C**, page 2.

52.    Finally, in the September 24, 2021 letter, Xcalibur claimed that ONGC "shifted the goal posts" by noting the different "brands" used by Bell Geo and Xcalibur and claimed that these two technologies are merely different brands for the same method.  **Exhibit C**, page 3.

53.    Accordingly, instead of focusing on the failures of the bid of Xcalibur Private Limited, Xcalibur's September 24, 2021 letter characterized, with false and misleading statements, the bidding process associated with the Prospective Contract as improper.

54.    Xcalibur's campaign to stop Bellgeo LLP and ONGC from entering into the Prospective Contract continued with a request being filed on or about October 1, 2021 in the High Court of Delhi at New Delhi (the "First Indian Writ Request").  The purpose of the First Indian Writ Request was to stop ONGC from awarding the Prospective Contract to Bellgeo LLP.

55.    In the First Indian Writ Request, Xcalibur continued to characterize the bidding process associated with the Prospective Contract as "biased" in favor of Bell Geo who, according to Xcalibur had been "shortlisted."

56.    In fact, while Xcalibur, in the First Indian Writ Request, requested the court to stop the award of the Prospective Contract, it also accused Bell Geo of "apply[ing] all their sources in order to stop [Xcalibur] from the bidding process."

57.     Further, Xcalibur claimed that Bell Geo has a monopoly in India and that Bell Geo was acting with "mala fide intention" to preserve and protect its monopoly position from being threatened.  Upon information and belief, this was done in an effort to portray Bell Geo's success as somehow ill-gained or improper.

58.     Moreover, despite knowing the difference between the FTG and PTG technologies, Xcalibur also continued to falsely characterize and refer to Bell Geo's FTG technology as being the same as Xcalibur's PTG technology.

59.     Indeed, Xcalibur characterized that its technology "derives the said component by a mechanism which is different from the mechanism used by" Bell Geo.  However, and despite the fact that Bell Geo's FTG technology does not use a mechanism to derive any components, even after acknowledging that the two technologies are, in fact, different, Xcalibur continued to push the narrative that its technology was the same as Bell Geo's technology in an attempt to persuade the court in the First Indian Writ Request to issue an order preventing ONGC from awarding the Prospective Contract to Bellgeo LLP.

60.     In response to the First Indian Writ Request, on or around October 12, 2021, ONGC was directed to consider Xcalibur's complaints and not to award the Prospective Contract to the only eligible bidder, i.e., Bellgeo LLP.

61.     Accordingly, Xcalibur was thereafter granted a hearing before an independent reviewing board known as the Independent External Monitor ("IEM") before which it presented its grievances.

62.     After becoming aware of the IEM hearing request by Xcalibur, Bellgeo LLP requested that it too be allowed to attend and present its positions to the IEM.  However, Bellgeo

LLP was not granted the opportunity to appear—let alone informed of the hearing date, time, or location.

63.     Upon information and belief, on or about, November 15, 2021, Xcalibur prepared and provided a presentation to IEM in response to the bid of Xcalibur Private Limited being rejected by ONGC.   A copy of slides that, upon information and belief, were used and disseminated during and/or after the presentation is attached hereto as **Exhibit D**.[3]

64.     The IEM presentation continued Xcalibur's narrative of blaming the rejection of the bid of Xcalibur Private Limited on everyone else and included numerous false or misleading statements about Bell Geo's FTG technology as well as about Xcalibur's own PTG technology.

65.     For example, in trying to influence the IEM to rule in its favor, Xcalibur, in the IEM presentation, critiqued Bell Geo's technology and made the unfounded statement that "***FTG technology*** is now 40 years old and ***is considered obsolete***."   **Exhibit D**, page 10 (emphasis added).   Clearly, Xcalibur used the IEM presentation to submit false and misleading characterizations about Bell Geo and its technology.

66.     Additionally, the IEM presentation claimed that "Xcalibur can provide ***the same*** or improved ***services*** and products of" Bell Geo.   **Exhibit D**, page 15 (emphasis added).   Accordingly, the IEM presentation was also used to provide false information about Xcalibur's own capabilities.

---

[3]The IEM presentation referred to the experience of "Xcalibur Multiphysics" (**Exhibit D**, page 3) and made the representation that "***Xcalibur*** confirmed to ONGC that ***we*** own an FTG system identical…"   (**Exhibit D**, page 11 (emphasis added).   Upon information and belief, Xcalibur Private Limited does not own an FTG system.  Based on the foregoing, it is reasonable to believe that the representations and statements made in the IEM presentation were made by Xcalibur Multiphysics.

67.    The IEM presentation also continued the false and/or misleading narrative that ONGC "shortlisted" Bell Geo and the statement that Bell Geo "has been monopolizing the market in India."   **Exhibit D**, page 11.

68.    Importantly, Xcalibur recognized in the IEM presentation that the deliverables required in the ONGC bid were different from previous tenders.   Xcalibur claimed in the IEM presentation, however, that this change was done "maliciously to favor" Bell Geo. **Exhibit D**, page 4.

69.    On November 16, 2021, the day after the hearing, ONGC requested that the presentation be sent to it, and Xcalibur sent the IEM presentation to ONGC via email in response to the request.   A copy of the November 16, 2021 email is attached herewith as **Exhibit E**.

70.    On or about November 26, 2021, IEM determined that, in fact, despite Xcalibur's attempts to convince it otherwise, the PTG technology used by Xcalibur was not able to provide the deliverables required in the Prospective Contract and that ONGC was right to reject the bid of  Xcalibur Private Limited.

71.    However, as a result of the false and/or misleading statements made by Xcalibur to the IEM, the IEM also made wrong or incorrect determinations.   For example, the IEM determined, albeit wrongly, that Bellgeo LLP was not a qualified bidder because, based on the false and misleading statements made by Xcalibur, its FTG technology also could not provide the deliverables required in the Prospective Contract.

72.    Accordingly, due to the undue influence of Xcalibur, IEM suggested that ONGC cancel the bid process and re-invite bids in accordance with the best suited technology for the purposes of the Prospective Contract.

73.     Had Xcalibur not improperly and maliciously interfered, the Prospective Contract would have been awarded to Bellgeo LLP and Bell Geo would have performed its duties under the contract.  However, because of Xcalibur's improper interference, Bellgeo LLP and ONGC did not enter into the Prospective Contract.

74.     Shortly after the IEM issued its determination, on or about December 1, 2021, Xcalibur filed another request with the High Court of Delhi at New Delhi (the "Second Indian Writ Request") relating to the Prospective Contract.

75.     In the Second Indian Writ Request, Xcalibur incredulously now complained that if ONGC did not act quickly to award the Prospective Contract, the time to perform the work under the Prospective Contract would expire (due to the available weather window).  Accordingly, Xcalibur sought an order that ONGC be forced to open Xcalibur's ineligible bid and award the contract as quickly as possible to avoid time running out on the ability to conduct the work under the Prospective Contract.

76.     Instead of awarding the Prospective Contract, ONGC withdrew its tender without entering into the Prospective Contract.

77.     Recently, the High Court of Delhi at New Delhi found that the IEM decision was improper because Bell Geo was not allowed to be at the IEM hearing to correct the record and the false and misleading statements disseminated by Xcalibur.

78.     However, even with the IEM decision being quashed so that it cannot be used against Bellgeo LLP in future bids, Xcalibur's campaign to prevent the award of the Prospective Contract to Bellgeo LLP succeeded because ONGC never awarded the Prospective Contract to Bellgeo LLP – the only bidder ever determined to have submitted an eligible bid.

79.     As a direct result of Xcalibur's misconduct and deceptive campaign, Bell Geo has been damaged in the form of actual damages, including, but not limited to lost sales and profits.

80.     Left unchecked, Bell Geo believes that Xcalibur will continue to spread false statements that will continue to result in Bell Geo losing out on work or other contracts.

## COUNT I
## UNFAIR COMPETITION
### (15 U.S.C. §1125)

81.     Bell Geo repeats and alleges the allegations set forth in paragraphs 1 through 80 above, as if set forth fully herein.

82.     Xcalibur has made numerous false and/or misleading statements of fact, including but not limited to:

that "Xcalibur can provide **the same** or improved **services** and products of" Bell Geo;

that Bell Geo acted improperly in the ONGC bidding process or undertook any action to interfere with the bid of Xcalibur Private Limited;

that the PTG instrument used by Xcalibur could provide the deliverables specified in the Prospective Contract; and,

that the FTG instrument used by Bell Geo could not provide the deliverables specified in the Prospective Contract.

83.     These false and/or misleading statements of fact were made in connection with the Prospective Contract.

84.     These false and/or misleading statements of fact deceived and/or were likely to deceive in a material way.  In particular, as a direct result of these statements, the Prospective Contract was not awarded to Bellgeo LLP.

15

85.     These false and/or misleading statements of fact affected commerce regulated by Congress – in particular commerce between a company in the United States and a company outside the United States.

86.     As a result of the false and/or misleading statements of fact, and the Prospective Contract not being awarded to Bellgeo LLP, Bell Geo has suffered an injury including but not limited to lost profits.

87.     Xcalibur's bad faith false or misleading representations of fact regarding Bell Geo's services and Xcalibur's services make this an exceptional case within the meaning of 15 U.S.C. § 1117.

88.     Xcalibur is likely to continue to make false or misleading representations of fact regarding Bell Geo's services and Xcalibur's services unless enjoined by this Court as provided by 15 U.S.C. § 1116.

## COUNT II
### TORTIOUS INTERFERENCE WITH PROSPECTIVE BUSINESS RELATIONSHIP

89.     Bell Geo repeats and alleges the allegations set forth in paragraphs 1 through 88 above, as if set forth fully herein.

90.     Had ONGC awarded the Prospective Contract to Bellgeo LLP,  Bell Geo would have performed services under the Prospective Contract in exchange for money.  Since Bellgeo LLP was the only bidder ever identified as eligible for the contract work, there was a reasonable probability that ONGC would have awarded the Prospective Contract to Bellgeo LLP.

91.     In all of its experience in working in India, Bell Geo is not aware of any instance of a tender by ONGC not being awarded after evaluation of bids.

92.     By submitting false and/or misleading statements of fact, Xcalibur acted to prevent ONGC from awarding the Prospective Contract to Bellgeo LLP.  Xcalibur knew or should have known that it was probable that, as a result of Xcalibur's action, ONGC would not award the Prospective Contract to Bellgeo LLP.

93.     Xcalibur's false and/or misleading statements of fact are independently actionable, including for example, under 15 U.S.C. § 1125(a).

94.     As a direct and proximate result of Xcalibur's false and/or misleading statements of fact, ONGC did not award the Prospective Contract to Bellgeo LLP—when Bellgeo LLP was the only bidder ever determined to be eligible.  This, in turn, directly and proximately caused injury to Bell Geo, including lost profits and other damages.

<u>**COUNT III**</u>
**BUSINESS DISPARAGEMENT**

95.     Bell Geo repeats and alleges the allegations set forth in paragraphs 1 through 94 above, as if set forth fully herein.

96.     Xcalibur has published false and/or misleading statements about Bell Geo and its services.

97.     Xcalibur published these false and/or misleading statements about Bell Geo and its services in an attempt to prevent ONGC from awarding the contract to Bellgeo LLP.

98.     Xcalibur had no right to make these false and/or misleading statements about Bell Geo and its services.

99.     As a direct and proximate result of Xcalibur's false and/or misleading statements of fact, ONGC did not award the Prospective Contract to Bellgeo LLP—when Bellgeo LLP was the only bidder ever determined to be eligible.  This, in turn, directly and proximately caused injury to Bell Geo, including lost profits and other damages.

## COUNT IV
### LIBEL

100.   Bell Geo repeats and alleges the allegations set forth in paragraphs 1 through 99 above, as if set forth fully herein.

101.   Xcalibur has published various statements about Bell Geo and its services.

102.   Some of the published statements about Bell Geo and its services are false.

103.   Upon information and belief, Xcalibur published these false statements about Bell Geo and its services knowing the statements were false or negligently without regard as to the truth of these statements.

104.   As a direct and proximate result of Xcalibur's false statements of fact, ONGC cancelled the Prospective Contract for which Bellgeo LLP was determined to be the only eligible bidder.  This, in turn, directly and proximately caused injury to Bell Geo, including lost profits and other damages.

## PRAYER FOR RELIEF

WHEREFORE, Bell Geo prays that the Court enter an Order against Xcalibur as follows:

1. Granting injunctive relief enjoining Xcalibur and its officers, agents, employees, and all persons or entities in active concert or participation with it, from further false or misleading statements about Bell Geo and its services;

2. Awarding Bell Geo such damages as it shall prove at trial against Xcalibur that are adequate to compensate Bell Geo for its injuries, with prejudgment and post-judgment interest;

3. Finding that this case is exceptional pursuant to 15 U.S.C. § 1117 and awarding Bell Geo its attorneys fees as prevailing party;

4. Increasing the amount of damages awarded to Bell Geo to three times the amount found or assessed by this Court because of the willful and deliberate nature of Xcalibur's acts pursuant to 15 U.S.C. § 1117;

5. Awarding Bell Geo its costs in bringing this action; and

6. Awarding Bell Geo any further relief that this Court deems just and proper.

## <u>DEMAND FOR JURY TRIAL</u>

Pursuant to Federal Rule of Civil Procedure 38(b), Bell Geo hereby demands a trial by jury of all issues so triable.

Dated this 3rd day of February 2023.

Respectfully submitted,

*/s/ Patrick J. Smith*
Patrick J. Smith
IL Bar No. 6284418
**GREER BURNS & CRAIN**
300 S. Wacker, Suite 2500
Chicago, IL 60606
312 - 987 - 2927 / psmith@gbc.law
Pro Hac Vice Admission Pending

-    *And*    -

**SCOTTHULSE, P.C.**
1100 Chase Tower
201 E. Main Drive
El Paso, Texas  79901
(915) 533-2493
(915) 546-8333 Telecopier

By:  */s/ James M. Feuille*
   **JAMES M. FEUILLE**
   State Bar No. 24082989
   jfeu@scotthulse.com
   *Counsel for Plaintiff Bell Geospace*

19

*Exhibit A*

Xcalibur

Home   About   Services   Fleet   Sustainability   News & Events   Downloads   Contact

EXPLORING THE WORLD

## Value Proposition

Our strong technological innovation, operational excellence, highly skilled team, and global presence and experience, enable us to deliver innovative, sustainable and customised solutions to our clients worldwide. Our services range from value-added data acquisition, data processing, data interpretation, and data management, to specialised software in some specific cases.



### DATA ACQUISITION

- Field activity: data is obtained by flying over the target areas or territories
- Remote sensing projects with remote sensing and satellite imagery



## Data Processing

- Obtained raw data is transformed into geophysical data using advanced software and data processing techniques
- Specific technology for each project



## Data Interpretation

- Map and report production include final deliverables with anomalies, conclusions and recommendations
- Multidisciplinary profile of expert geophysicists and geologists



## Data Management

- Value-added services based on the management of existing data or monitoring of activities
- Advanced tools for geolocalization and geographical information systems

View All Services



**+0M**
Line-km in airborne surveys

**0**
Owned special aircra





0

Geophysical systems

+0

Executed projects

## What We Do



## Global Footprint

Xcalibur Multiphysics brings expertise and operational presence across 6 continents, having collaborated with referential companies in the Oil & Gas, Mining, Government, Energy and Utility markets, and highlighting its effectiveness in remote locations and operationally challenging environments.



## Recent News

Stay up to date with our latest announcements

### Xcalibur Multiphysics Group acquisition of a majority participation in the Indian company McPhar International Private Limited

Posted on 2022-11-16 | News

Xcalibur is pleased to announce the acquisition of a majority participation in McPhar. This acquisition represents Xcalibur's...

### CBPM and Xcalibur conduct innovative Aerogeophysical study

Posted on 2022-11-15 | News

Electromagnetic method, using helicopter, maps new mineral opportunities in Bahia.   The...

**View All News**

Xcalibur Multiphysics | Exploring Horizons. Safer. Cleaner. Better.

# Xcalibur

**CONTACT**

info@xcaliburmp.com

Home    About    Services    Fleet    Sustainability    News & Events    Downloads    Contact

Contact

Privacy Policy

Home

Xcalibur Multiphysics Group

History

Team

Services

Fleet

Health, Safety & Environment

Xcalibur Foundation

News

Pretoria, South Africa

+27 12 543 2540

Madrid, Spain

+34 91 230 81 91

Perth, Australia

+61 8 6499 3970

Bogota, Colombia

+57 601 256 9820

Houston, United States

+ 1 832 351 8300

Toronto, Canada

+1 905 812 0212

Ottawa, Canada

+1 905 812 0212

Rio de Janeiro, Brazil

+55 21 983 180 779

The Hague, Netherlands

+ 31 707 012 500

Xcalibur Multiphysics | 2022



Home    About    Services    Fleet    Sustainability    News & Events

Downloads    Contact    🇬🇧

# Contact

## Email



info@xcaliburmp.com

| 📍 Madrid, Spain | › |
| 📍 Pretoria, South Africa | › |
| 📍 Perth, Australia | › |
| 📍 Toronto/Ottawa, Canada | › |
| 📍 Houston, United States | ⌄ |

👤

Scott Payton

💼



scott.payton@xcaliburmp.com



+1 905 812 0212



+1 346 329 0099

Tom Nelson

Operations Manager

tom.nelson@xcaliburmp.com



+1 713 824 1897



+1 832 351 8300

Sean McBee

Sales Manager



+1 832 351 8300

| 📍 Rio de Janeiro, Brazil | › |
| 📍 Bogota, Colombia | › |
| 📍 The Hague, Netherlands | › |



## CONTACT

info@xcaliburmp.com

Contact

Privacy Policy

Home
Xcalibur
Multiphysics Group
History
Team
Services
Fleet
Health, Safety &
Environment
Xcalibur
Foundation
News

🏠 Madrid, Spain
📞 +34 91 230 81 91

🏠 Bogota, Colombia
📞 +57 601 256 9820

🏠 Houston

🏠 Pretoria, South Africa
📞 +27 12 543 2540

🏠 Perth, Australia
📞 +61 8 6499 3970

🏠 Toronto, Canada
📞 +1 905 812 0212

🏠 Ottawa, Canada
📞 +1 905 812 0212

🏠 Rio de Janeiro, Brazil
📞 +55 21 983 180 779



Xcalibur Multiphysics | 2022



# Xcalibur completes the acquisition of all businesses and assets of CGG Multi-Physics

**BY ADMIN_WP    2021-06-30    NEWS**

Xcalibur Airborne Geophysics is pleased to announce that it has completed the acquisition of all businesses and assets of CGG Multiphysics from the CGG group, having met all regulatory conditions.





Xcalibur completes the acquisition of all businesses and assets of CGG Multiphysics.

Xcalibur is a leading provider of airborne geophysical surveys with offices in Spain, South Africa, and Colombia.

Since 2002, Xcalibur has been a pioneer in the execution of low-level ultra-high resolution airborne magnetic and radiometric surveys and is an active member of the International Airborne Geophysics Safety Association (IAGSA). The company is now engaged in the execution of several large mapping projects in Africa, the Middle East, and South America.

CGG Multiphysics, a business division of CGG, has been worldwide leader in Gravity Gradiometry and Electromagnetics, with offices in North America, Australia, and South America.

The new combined group will be named Xcalibur Multiphysics (xcaliburmp.com) becoming worldwide leader in provision of specialized airborne and marine



Services portfolio will be the largest available in the market, using advanced technologies for Magnetics and Radiometrics, Gravity Gradiometry and conventional Gravity, and Electromagnetics, all of them supported on fixed-wing and helicopter platforms. In addition, the company will offer Marine Gravity and Magnetics, specialized Modelling software for the Oil &Gas industry, remote sensing, and data interpretation services.

Xcalibur Multiphysics will be uniquely positioned to take advantage of the projected increase in the exploration activities due to the surge in demand for minerals resources and underground water, related to the energy transition, green energies, and sustainability challenges, and will continue with its commitment to innovation with several major R&D projects being undertaken including applications of Artificial Intelligence and Machine Learning in natural resources sustainable exploration.

---

**BUSINESS DEVELOPMENT**     **CORPORATE NEWS**     **MULTIPHYSICS**

‹ Xcalibur announces the signature of an agreement for the buyout of CGG's Multi-Physics acquisition business

Growth in Demand for 'Energy Transition Minerals' Drives Expansion for Xcalibur ›

Search …



Colombia Conferences Corporate News Country Mapping CSR Democratic Republic of Congo

Energy Transition Europe Fundación Xcalibur Germany GIS Global Hydrocarbon MagCUBE

Multiphysics North America SE Asia Sevilla Software South Africa Spain Sustainability Uganda UK USA

Xcalibur Foundation Xcalibur MPH Brazil Xcalibur MPH India Xcalibur MPH Spain Xcalibur

Multiphysics

Search …



## CONTACT

info@xcaliburmp.com

Contact

Privacy Policy

🏠 Madrid, Spain

📞 +34 91 230 81 91

Home
Xcalibur Multiphysics Group
History
Team
Services
Fleet
Health, Safety & Environment
Xcalibur Foundation
News

🏠 Pretoria, South Africa

📞 +27 12 543 2540

🏠 Perth, Australia

📞 +61 8 6499 3970

🏠 Bogota, Colombia

📞 +57 601 256 9820

🏠 Houston, United States

📞 + 1 832 351 8300

🏠 Toronto, Canada

📞 +1 905 812 0212

🏠 Ottawa, Canada

📞 +1 905 812 0212

🏠 Rio de Janeiro, Brazil

📞 +55 21 983 180 779

🏠 The Hague, Netherlands

📞 + 31 707 012 500

Xcalibur Multiphysics | 2022



# Xcalibur Multiphysics updates MagCUBE™ IFR WebMap via ArcGIS Online

**BY ADMIN_WP　　2022-01-13　　NEWS**



Following the completion of the Xcalibur acquisition of the CGG Multi-Physics group in July 2021, we have released our updated **MagCUBE™** In-Field Referencing (IFR) models **webmap** covering major shale plays throughout North



Woodford, Niobrara, and Delaware) available via the Energy and Information Administration (EIA) that are published on ESRI's **LivingAtlas** and the current Baker-Hughes Interactive Map Rig Count to delineate the extent of these pre-calculated models.

The GIS team published the **MagCUBE™ model coverage** back in 2019 onto ESRI's ArcGIS Online (AGOL) platform. AGOL serves a large portion of the GIS community with approximately 2.1 million active users. In December of 2021, the AGOL platform shared over 48 million items which included maps, apps, and layers and had over 153 billion basemap requests, such as those accessed in the Xcalibur MagCUBE™ WebMap.

This interactive layer allows operators and drillers to easily see if their assets intersect with the Xcalibur model coverage on their ArcGIS desktops or their online webmaps.

With MagCUBE, both onshore and offshore directional drilling projects are more accurate with reduced costs. This advanced technology is available globally, and exclusively, from **Xcalibur Multiphysics**.

**GIS    MAGCUBE    SOFTWARE**

| ‹ Xcalibur Multiphysics announces an exclusive partnership with Aurora Minerals Group | Xcalibur Multiphysics signs a contract with the Ministry of Mines for the aerogeophysical and geological mapping of The Democratic Republic of Congo › |
| --- | --- |



## Popular Tags

Africa AMC Americas Angola Australia Business Development Colombia Conferences Corporate News Country Mapping CSR Democratic Republic of Congo Energy Transition Europe Fundación Xcalibur Germany GIS Global Hydrocarbon MagCUBE Multiphysics North America SE Asia Sevilla Software South Africa Spain Sustainability Uganda UK USA Xcalibur Foundation Xcalibur MPH Brazil Xcalibur MPH India Xcalibur MPH Spain Xcalibur Multiphysics

Search …





Home
Xcalibur
Multiphysics
Group
History
Team
Services
Fleet
Health, Safety &
Environment
Xcalibur
Foundation
News

## CONTACT

info@xcaliburmp.com

Contact

Privacy Policy

🏠 Madrid, Spain

📞 +34 91 230 81 91

🏠 Pretoria, South Africa

📞 +27 12 543 2540

🏠 Perth, Australia

📞 +61 8 6499 3970

🏠 Bogota, Colombia

📞 +57 601 256 9820

🏠 Houston, United States

📞 + 1 832 351 8300

🏠 Toronto, Canada

📞 +1 905 812 0212

🏠 Ottawa, Canada

📞 +1 905 812 0212

🏠 Rio de Janeiro, Brazil

📞 +55 21 983 180 779

🏠 The Hague, Netherlands

📞 + 31 707 012 500

Xcalibur Multiphysics | 2022

*Exhibit B*

**FUGRO AIRBORNE SURVEYS PTY LTD**



**Contract between**


**FUGRO AIRBORNE SURVEYS PTY LTD**

**(ABN 33 009 238 395)**

**("FAS")**


**and**


**ARMOUR ENERGY PTY LTD**

**(ABN 60 141 198 414)**

**("Client")**

for a


**FALCON®**

**Airborne Gravity Gradiometry, Magnetics, and DTM Survey**

**with Integrated Structural Interpretation**



**ATP 1087 – Phase 1, Burketown, QLD**

**July 2013**

**CONTRACT**

**CFC7467**

Fugro Airborne Surveys Pty Ltd     ABN: 33 009 238 395
A member of the Fugro group of companies with offices around the world





b) FAS has sole discretion and control of the defence of any such claim and all related settlements negotiations and the right to settle any such claim on behalf of Client.

19.5    The indemnities referred to in clauses 19.2 and 19.4 shall apply whether or not legal proceedings are instituted and, if such proceedings are instituted, irrespective of the means, manner or nature of any settlement, compromise or determination.

19.6    The parties being indemnified under this clause 19 shall provide  reasonable assistance to the indemnifying party in conducting the defence of any claim by a third party.

## 20. OWNERSHIP OF THE DATA

20.1    FAS acknowledges and agrees that the Client will remain owner of all materials and data provided by it to FAS under this Contract and become the owner of the Deliverables immediately upon their creation or acquisition.

20.2    The Processed Falcon Data delivered under this agreement is classified as 'EAR99' by the United States Commerce Department. Under this classification, any such processed data not in the public domain (that is, where access to the data is restricted by the Client) cannot be delivered to countries embargoed by the United States Government (as of 7th Dec 2009; Sudan, Iran, North Korea, Cuba & Syria) nor to any entity on the United States Denied Persons list. The Client shall ensure that any permitted recipient of Processed Falcon Data subscribe to and are bound by the provisions of this clause 20.2 prior to the distribution of the Processed Falcon Data to them.

## 21. CONFIDENTIALITY

21.1    FAS may only use Confidential Information solely for the purposes of performing its obligations under this Contract.

21.2    FAS  must keep all Confidential Information confidential and must only use it   for the purpose for which it was disclosed.



**Magnetic Database (sample rate 10 Hz)**

| | |
|---|---|
| LINE | Line Number |
| FLIGHT | Flight Number |
| DATE | Date of Survey Flight |
| EASTING | DGPS located X |
| NORTHING | DGPS located Y |
| LATITUDE | DGPS located  WGS84 Latitude |
| LONGITUDE | DGPS located  WGS84 Longitude |
| UTC_TIME1980 | UTC time (since Jan 1980) |
| ALTITUDE | Aircraft DGPS height |
| RADAR | Radar altimeter |
| DTM | Digital Terrain Model height |
| RAWMAG | Lagged uncompensated unfiltered TMI-(nT) (8Hz) |
| DIURNAL | De-spiked, lightly filtered base station mag with IGRF correction (DCMAG-COMPMAG) |
| COMPMAG | Lagged, despiked, compensated TMI – (nT) (8Hz) |
| DCMAG | COMPMAG after subtraction of the IGRF corrected DIURNAL – (nT) (8Hz) |
| IGRF | IGRF based on date, location and altitude of each point –(nT) (8Hz) |
| LEVMAG | Tie line and microlevelled DCMAG after removal of the IGRF – (nT) (8Hz) |
| FLUX_X | Fluxgate component x |
| FLUX_Y | Fluxgate component y |
| FLUX_Z | Fluxgate component z |

AGG data prior to PMC, demodulation, filtering and levelling are ITAR-restricted data subject to the licensing jurisdiction of the USA Department of State in accordance with the International Trafficking in Arms Regulations and are not provided to Client.

*Exhibit C*

ANNEXURE P-16

Xcalibur Geophysics India Private Limited

Office No A/II/901, Corporate Park Tower II
Plot No. 7A/1, Sector 142, Noida 201305 UP
+91 99104 66641

amit.sood@xcaliburmp.com

Date: 24.09.2021

To,

IEM
C/O CVO
ONGC
Deendayal Urja Bhawan, 5A, Nelson Mandela Marg,
Vasant Kunj,
New Delhi-110070

Subject:     BID No.GEM/2021/B/1255958- Hiring Of Services For Airborne Gravity
             Gradiometry And Gravity Magnetic AGG GM Survey With Acquisition Processing And
             Interpretation Studies

Dear Sir(s)

This is further to our letter representation dated September 1, 2021 regarding ONGC unfairly
rejecting our Technical Bid against the subject referred tender. We would like to bring to your
attention that now ONGC has changed the rejection criteria from the 1st time, earlier.

The 1st time rejection details stated on GeM's site:

Bidder has attached contract copy and Work Completion certificate of Goshawk Energy with 12,345 line km of acquisition and processing and supply of Falcon AGG data, in 2018. CGG completed an Integrated Structural Interpretation of the newly acquired Falcon AGG, AG and Magnetic data in 2019. It fulfils the experience criteria of 10,000 LKM during Last 3 years. The Goshawk Contract can also be considered for the 2 years' experience of Acquisition, Processing and Interpretation (API) services of Airborne Gravity, Gradiometry and Gravity-Magnetic Survey in different parts of the world for hydrocarbon exploration The bidder has also attached the contract copy and work completion certificate of BAPCO which confirms the 2 years' experience of Acquisition and Processing only but do not fulfil the experience criteria of Interpretation. The Bidder has also attached a contract copy in between FUGRO AIRBORNE SURVEYS PTY LTD and ARMOUR ENERGY PTY LTD. The work completion certificate is not attached along with the contract copy. As per the submitted bid documents the FUGRO AIRBORNE SURVEYS PTY LTD is not part of this Joint Venture. Hence cannot be considered as evidence to fulfil the experience criteria. In view of the above, the bid submitted by M/s Xcalibur Geophysics India Pvt Ltd is Technically Not Accepted

Form the above, it is evident that the rejection basis was only non establishment of API experience
for more than 3 years and there is no other mention of any other reason for disqualification. We
had emailed the details which was not considered by ONGC.

After we represented on the GeM's site ad to IEM's, we were requested was a 3rd submission
without any letter seeking clarifications, we even emailed ONGC requesting us to inform us what
are the clarifications and after which also we did not receive any letter or details informing us what
were the clarifications. We did receive clarifications letter for the 1st two rounds of clarifications.
For the 3rd round we submitted all the 2nd rounds clarifications including the "presunmbly" missed
experience documents which were anyway emailed to ONGC earlier.

Today we received intimation at 10:37am stating that our bid has been rejected. And to our utter
disgust the reasons for our disqualification are different from the 1st times disqualification.

The 2nd time rejection details stated on GeM's site:

Xcalibur Multiphysics

Xcalibur Geophysics India Private Limited

Office No A/II/901, Corporate Park Tower II
Plot No. 7A/1, Sector 142, Noida 201305 UP
+91 99104 66641

amit.sood@xcaliburmp.com

Bidder do not confirm the technical experience criteria with the documentary evidence produced with the original bid documents against BEC clause 2.1(a)-I (i). Also Bidder could not provide any technical catalogues/ literatures to support the claim that Full Spectrum Falcon Technology will deliver the Raw and final processed all measured tensor gravity gradients—Such as Txx (Eo), Txy (Eo), Txz (Eo), Tyy (Eo), Tyz (Eo), Tzz (Eo), Raw and final processed gravity gz (mgals) as per clause 4(c) xxvi of "Other Detailed outputs and products to be provided" under "Scope of work" and under BEC clause B.1.1.0. Hence the bid submitted by M/s Xcalibur Geophysics India Pvt Ltd is technically not accepted (Read less)

Further, we have not been questioned on the rejection mentioned at the time of the 2nd time rejection on 24th September 2021. The reason for rejection given in our case also equally applies to the only other bidder qualified by ONGC in this tender. Please see the enclosed screenshot from which it becomes clear that the same criteria for rejection is not applied uniformly but to us, selectively.

FTG directly measures all components of the gravity field. The measured data are a series of independent components defining a tensor field.

Txx, Tyy and Txy measure the rate of change of the gravity field in the horizontal components, whereas Tzz and Tyz measure the horizontal rate of change of the downward pull in the horizontal components.

When combined, Txx and Tyy provide a unique measurement of the rate of change in gravity in the downward component—Tzz.



It is clear from the above that the bidder which has been shortlisted and whose price bid have been opened today does not acquire Tzz which is part of the reason stated by ONGC for disqualification of our offer. The above details are from the website of our competitor and have been taken today only. As you can see FTG only measures 5 components (Gxy, Gxx, Gyy, Gxz Gyz).

ONGC seems to be in a hurry to award the contract to a particular vendor.

ONGC rejected our bid at 10:37 am today:

Xcalibur Multiphysics



Xcalibur Geophysics India Private Limited

Office No A/II/901, Corporate Park Tower II
Plot No. 7A/1, Sector 142, Noida 201305 UP
+91 99104 66641

amit.sood@xcaliburmp.com

"Dear Sir/Madam,

Buyer has responded to your representation on **24-September-2021 10:37** for **GEM/2021/B/1255958**. Buyer comments and final decision can be viewed in Bid results section.

Regards,
Team GeM"

And at 10:41 am opened the prices of the lone qualified bidder:

"Dear Sir/Madam,

This is to inform you that Bid number **GEM/2021/B/1255958**, has now moved to the financial Bid evaluation stage on Government eMarketplace (GeM) on **24-September-2021 10:41 AM**

Regards,
Team GeM"

Normally if someone represents to IEM, then the IEM hears the grivences of the contractors before ONGC moves ahead to the next step.

We believe it is in the common interest of ONGC and the bidders to have a clear rejection criteria. Earlier, rejecting our bid the first time around, ONGC claimed Xcalibur did not have sufficient experience. Now that we have established we do qualify on the grounds of experience, ONGC has shifted the goalpost and brought in the technology difference between the two brands; FTG, used by Bellgeo and FALCON, used by us, Xcalibur, and ignoring the fact that these are the brands and Airborne Gravity Gradiometry (AGG) is the method.

We humbly request that ONGC be stopped from proceeding with this tender and IEM's to intervene and hear our grivences.

We further request the IEM's to ensure that ONGC maintains the principles of equity and reason as mentioned in the IP and request ONGC to treat us equally.

Yours faithfully
For Xcalibur Geophysics India Pvt Ltd

Amit Sood
Director

**//True Copy//**

Xcalibur Multiphysics

*Exhibit D*

# IEM Discussion Points

**BID No.GEM/2021/B/1255958- Hiring Of Services For Airborne Gravity Gradiometry And Gravity Magnetic AGG GM Survey With Acquisition Processing And Interpretation Studies**





# Reasons provided for the rejection of Xcalibur proposal:

Bidder has attached contract copy and Work Completion certificate of Goshawk Energy with 12,345 line km of acquisition and processing and supply of Falcon AGG data, in 2018. CGG completed an Integrated Structural Interpretation of the newly acquired Falcon AGG, AG and Magnetic data in 2019. It fulfils the experience criteria of 10,000 LKM during Last 3 years. The Goshawk Contract can also be considered for the 2 years' experience of Acquisition, Processing and Interpretation (API) services of Airborne Gravity, Gradiometry and Gravity-Magnetic Survey in different parts of the world for hydrocarbon exploration.The bidder has also attached the contract copy and work completion certificate of BAPCO which confirms the 2 years' experience of Acquisition and Processing only but do not fulfil the experience criteria of Interpretation. The Bidder has also attached a contract copy in between FUGRO AIRBORNE SURVEYS PTY LTD and ARMOUR ENERGY PTY LTD. The work completion certificate is not attached along with the contract copy. As per the submitted bid documents the FUGRO AIRBORNE SURVEYS PTY LTD is not part of this Joint Venture. Hence cannot be considered as evidence to fulfil the experience criteria. In view of the above, the bid submitted by M/s Xcalibur Geophysics India Pvt Ltd is Technically Not Accepted.

Bidder do not confirm the technical experience criteria with the documentary evidence produced withthe original bid documents against BEC clause 2.1(a)-I (i). Also Bidder could not provide any technical catalogues/ literatures to support the claim that Full Spectrum Falcon Technology will deliver the Raw and final processed all measured tensor gravity gradients–Such as Txx (Eo), Txy (Eo), Txz (Eo), Tyy (Eo), Tyz (Eo), Tzz (Eo), Raw and final processed gravity gz (mgals) as per clause 4(c) xxvi of "Other Detailed outputs and products to be provided" under "Scope of work" and under BEC clause B.1.1.0. Hence the bid submitted by M/s Xcalibur Geophysics India Pvt Ltd is technically not accepted"(Read less)



## 1st Reasons provided for the rejection of Xcalibur proposal:

## Experience: Minimum 3 years or experience and Minimum of 10,000 l-km of API in the last 3 years.

**XCALIBUR RESPONSE**: Xcalibur Multiphysics (formerly CGG Airborne Surveys and Fugro Airborne Surveys) have 50 years of experience in Airborne Geophysics. The company has been offering Airborne Gravity Gradiometry (API) since 2008, when acquired the Falcon AGG technology from BHP. Since then, the company has flown literally millions of line kms of Airborne Gravity Gradiometry.

Documentary evidence was provided and is in possession of ONGC. Two projects alone allows Xcalibur to confirm the required experience with certificates of experience in the name of CGG Aviation Australia, now Xcalibur Aviation Australia Pty Ltd. Goshawk: 2019, Armour Energy: 2013

Certificate of name change from Fugro to CGG to Xcalibur have been provided to ONGC.



2nd Reason provided for the rejection of Xcalibur proposal:

Bidder could not provide technical evidence of its ability to provide all measured channels as required in the scope of work:

3. As mentioned in clause 4(c) xxvi of "Other Detailed outputs and products to be provided" under "Scope of work" of the tender document, the bidder to confirm that it will provide the Raw and final processed all _measured Tensor_ gravity gradients –Such as Txx (Eo), Txy (Eo), Txz (Eo), Tyy (Eo), Tyz (Eo), Tzz (Eo), Raw and final processed gravity gz (mgals).

ONGC requested to confirm the ability to provide products according to deliverable specifications. Xcalibur confirmed responding YES to this request.

During clarification meeting ONGC confirmed that the tender is for Airborne Gravity Gradiometry (AGG).

Counter affidavit filed in court by Bell Geo did not counter Xcalibur claim of Xcalibur AGG technology being equivalent to Bell offering.



**Xcalibur**
AIRBORNE GEOPHYSICS

Point 2: Clause on deliverable products used to reject Xcalibur response has been modified from previous tender and is ambiguous.

Original clause of Deliverable channels in previous ONGC and OIL tenders where Xcalibur has participated and qualified technically:

k.  Raw and final processed of all recorded or derived gravity gradients –
Such as Txx (Eo),  Txy (Eo), Txz (Eo), Tyy (Eo), Tyz (Eo), Tzz (Eo)

Same clause on current tender:

xxvi.  Raw and final processed all measured Tensor
gravity gradients –Such as Txx (Eo), Txy (Eo), Txz
(Eo), Tyy (Eo), Tyz (Eo), Tzz (Eo) Raw and final
processed gravity gz (mgals)

The clause is ambiguous as the language states that all measured Tensor gravity gradients have to be delivered "such as". Nowhere else in the Scope of Work indicates that a particular type of equipment is required. **It is obvious that the clause was changed maliciously to favor one bidder, although we insist that no bidder can directly measure the 6th components.**



# Point 1: BEC Criteria

BEC Criteria 1: Armour Energy, Certificate of completion for project executed in 2013 in the name of **CGG Aviation Australia** (formerly Fugro Airborne Surveys and currently Xcalibur Aviation Australia Pty. Ltd.)

Xcalibur has provided proof of the change of name for the same legal entity from Fugro to CGG to Xcalibur Aviation Australia Pty. Ltd.

Please note as well the assignment clause in the same agreement originally between Fugro Airborne Surveys Pty. Ltd. Novating the agreement to Fugro Aviation Australia Pty. Ltd.

This clause is in the agreement provided to ONGC.

**28. ASSIGNMENT AND SUBCONTRACTING**

28.1    Neither party may assign, transfer, sub-contract or otherwise dispose of any of its rights under or interest in, or any of its obligations or liabilities under, or in connection with, or arising out of this Contract, except with the prior written consent of the other party which shall not be unreasonably withheld.

28.2    The Client hereby consents to the novation of this Contract from FAS to Fugro Aviation Australia Pty Ltd whereupon Fugro Aviation Australia Pty Ltd will become a party to this Contract in place of FAS.

28.3    The novation of this Contract under clause 28.2 will be effective from the date on which FAS and Fugro Aviation Australia Pty Ltd sign a certificate confirming that the Contract has been transferred from FAS to Fugro Aviation Australia Pty Ltd (Novation Date), and shall be effected by FAS or Fugro Aviation Australia Pty Ltd sending a copy of the certificate to the Client.

28.4    The Client and FAS agree that despite the novation of this Contract in accordance with clauses 28.2 and 28.3, FAS will retain any obligations and liabilities that have accrued or were incurred, under this Contract, prior to the Novation Date even where such obligations or liabilities materialise on or after the Novation Date.



# Point 1: BEC Criteria

BEC Criteria 1: Bidder (i.e. Single bidder / Indian Joint Venture company Incorporated) should have minimum three years of experience of providing Acquisition, Processing and Interpretation (API) services of Airborne Gravity, Gradiometry and Gravity-Magnetic survey in different parts of the world for hydrocarbon exploration.

Following the request for clarifications we have submitted documentary evidence of additional projects including:

Armour Energy, Certificate of completion for project executed in 2013 in the name of **CGG Aviation Australia Pty. Ltd** (formerly Fugro Airborne Surveys and currently Xcalibur Aviation Australia Pty. Ltd.)

Xcalibur has provided proof of the change of name for the same legal entity from Fugro to CGG to Xcalibur Aviation Australia Pty. Ltd.

This certificate confirms **CGG Aviation (Australia)**, formerly **Fugro Airborne Surveys** has completed a contract for **Armour Energy Limited**, comprising **8,361 line km** of acquisition, processing and interpretation of Falcon AGG data, in northern Queensland during August 2013.



**Xcalibur**
AIRBORNE GEOPHYSICS



# Certificate of Registration on Change of Name

This is to certify that

**CGG AVIATION (AUSTRALIA) PTY LTD**

Australian Company Number 008 685 336

did on the twenty-first day of July 2021 change its name to

**XCALIBUR AVIATION (AUSTRALIA) PTY LTD**

Australian Company Number 008 685 336

The company is a proprietary company.

The company is limited by shares.

The company is taken to be registered under the Corporations Act 2001 in Western Australia and the date of commencement of registration is the eighteenth day of December, 1961.

Issued by the
Australian Securities and Investments Commission
on this twenty-first day of July 2021.

Joseph Longo
Chair

# CERTIFICA

---

# Certificate of the Registration of a Company

Corporations Act 2001 Paragraph 1274(2)(b)

This is to certify that

**AGRICULTURAL & GENERAL AVIATION PTY LTD**

Australian Company Number 008 685 336

is taken to be registered as a company under the Corporations Act 2001 in Western Australia.

On the first day of July 1996 the company changed its name to
**KEVRON AVIATION PTY LTD**

On the twenty-third day of February 2011 the company changed its name to
**FUGRO AVIATION AUSTRALIA PTY LTD**

On the third day of September 2013 the company changed its name to
**CGG AVIATION (AUSTRALIA) PTY LTD**

The company is limited by shares.

The company is a proprietary company.

The day of commencement of registration is the eighteenth day of December 1961.

Issued by the
Australian Securities and Investments Commission
on this fifteenth day of January 2014.

Greg Medcraft
Chairman

# CERTIFICATE



## Point 2: BEC Criteria

BEC Criteria 2: Bidder should have successfully completed at least **one or multiple such API projects of total 10,000 LKM size during last three years** with emphasis of work carried out in Oil and Gas Sector. The period of 3 years is reckoned from the date of techno-commercial bid opening.

- In original submission experience criteria was met of ok 10,000 LKM API, GOSHAWK energy project.

## CERTIFICATE OF COMPLETION

This certificate confirms **CGG Aviation (Australia) Ltd** completed a contract for **Goshawk Energy Ltd**, comprising **12,345 line km** of acquisition and processing and supply of Falcon AGG data, in 2018.

Acquisition was incident free and was completed in 19 Operational Days.

CGG completed an Integrated Structural Interpretation of the newly acquired Falcon AGG, AG and Magnetic data in 2019.

# Point 2: Our technology will deliver the required parameters

**ONGC Point 1**: On technology delivering the required parameters, in the GeM website

- ONGC has mentioned that we have not provided documentary evidence that we can deliver Raw and final processed measured tensor gravity gradients such as Txx, Txy, Txz, Txy, Tyy, Tyz and Tzz.

**XCALIBUR RESPONSE**:

- Technology offered by us is " Full Spectrum Falcon Technology" which can deliver all the six parameters; three parameters namely Txy, and a combination of Txx and Tyy through acquisition, and derive all the others through derivation through simple formula of physics to obtain all the Tensor components (including Txz, Tyz, Tzz).
- All the six components will be delivered and will be meet BEC requirements.

**ONGC Point 2**: ONGC requested confirmation whether we can deliver on all the six parameters.

**XCALIBUR RESPONSE**: Xcalibur has confirmed that we can.

- Technology and equipment's offered by both bidders are two different methodologies to obtain same results. In fact, Full Spectrum Falcon Gravity is an evolution of the original FTG technology offered by the competitors. FTG technology is now 40 years old and is considered obsolete, and not supported by the manufacturer Lockeed-Martin.



# Point 2: Mala Fide - Our technology will deliver the required parameters

- Another issue –

  - By shortlisting only Bell Geospace, ONGC is processing this tender on single bid basis and without any competition.

  - Bell Geospace has been monopolizing the market in India for Airborne Gravity.

  - Xcalibur confirmed to ONGC that we own an FTG system identical to what is offered by the competitors although we consider it obsolete.



**Xcalibur**
AIRBORNE GEOPHYSICS

# Point 3: ONGC unfairly rejecting our Technical Bid against the subject referred tender

We would like to bring to your attention that now ONGC has changed the rejection criteria from the 1st time, earlier.

The 1st time rejection details stated on GeM's site:

Bidder has attached contract copy and Work Completion certificate of Goshawk Energy with 12,345 line km of acquisition and processing and supply of Falcon AGG data, in 2018. CGG completed an Integrated Structural Interpretation of the newly acquired Falcon AGG, AG and Magnetic data in 2019. It fulfils the experience criteria of 10,000 LKM during Last 3 years. The Goshawk Contract can also be considered for the 2 years' experience of Acquisition, Processing and Interpretation (API) services of Airborne Gravity Gradiometry and Gravity-Magnetic Survey in different parts of the world for hydrocarbon exploration. The bidder has also attached the contract copy and work completion certificate of BAPCO which confirms the 2 years' experience of Acquisition and Processing only but do not fulfill the experience criteria of Interpretation. The Bidder has also attached a contract copy in between FUGRO AIRBORNE SURVEYS PTY LTD and ARMOUR ENERGY PTY LTD. The work completion certificate is not attached along with the contract copy. As per the submitted bid documents the FUGRO AIRBORNE SURVEYS PTY LTD is not part of this Joint Venture Hence cannot be considered as evidence to fulfil the experience criteria. In view of the above, the bid submitted by M/s Xcalibur Geophysics India Pvt Ltd is Technically Not Accepted.

- Rejection basis was only non establishment of API experience for more than 3 years.
- We had emailed the details which was not considered by ONGC. After we represented on the GeM's site ad to IEM's, we were requested was a 3rd submission without any letter seeking clarifications, we even emailed ONGC requesting us to inform us what are the clarifications and after which also we did not receive any letter or details informing us what were the clarifications. We did receive clarifications letter for the 1st two rounds of clarifications.
- For 3rd round we submitted all the 2nd rounds clarifications including the "presumably" missed experience documents which were anyways emailed to ONGC earlier.



# Point 3: Mala fide intention – ONGC unfairly rejecting our Technical Bid against the subject referred tender

The 2nd time rejection details stated on GeM's site:

Bidder do not confirm the technical experience criteria with the documentary evidence produced with the original bid documents against BEC clause 2.1(a)-I (i). Also Bidder could not provide any technical catalogues/ literatures to support the claim that Full Spectrum Falcon Technology will deliver the Raw and final processed all measured tensor gravity gradients – Such as $T_{xx}$ (Eo), $T_{xy}$ (Eo), $T_{xz}$ (Eo), $T_{yy}$ (Eo), $T_{yz}$ (Eo), $T_{zz}$ (Eo), Raw and final processed gravity gz (mgals) as per clause 4(c) xxvi of "Other Detailed outputs and products to be provided" under "Scope of work" and under BEC clause B.1.1.0. Hence the bid submitted by M/s Xcalibur Geophysics India Pvt Ltd is technically not accepted" (Read less)

Further, we have not been questioned on the rejection mentioned at the time of the 2nd time rejection on 24th September 2021.

- Bell Geo affidavit does not contest our technology capability filed in our Writ.
- Why was the technical parameters in the BEC changed for this project?
- Rejection criteria should also equally apply to Bell Geo as there is no system in the market that can measured directly the 6 tensor components.

# GEM Portal issues

- No technical support provided to vendors
- ONGC not fully aware of how the portal works
- Time given by GEM to upload clarification not clear to ONGC or Vendor
  - 4 days or 120 hrs





## Conclusions

- Xcalibur can provide the same or improved services and products of the shortlisted competitors.

- We know that Xcalibur offer is competitive and is significantly lower in price than competitors.

- By shortlisting only Bell Geospace as sole qualified bidder (single qualified bidder), ONGC is wasting taxpayers resources.



TRUE COPY

# Thank you

*Exhibit E*

12/1/21, 9:04 AM Case 4:23-cv-00379 Document 1 Filed on 02/02/23 in TXSD Page 64 of 67 **10**
ANNEXURE P-1
Mailbox of manini.roy@taslaw.in

**rediffmail**

## Subject: Fwd: Forwarding of Power point Presentation along with relevant documents.

From: Amit Sood <amit.sood@xcaliburmp.com> on Wed, 01 Dec 2021 06:27:25

To: "Manini Roy " <manini.roy@taslaw.in>

**6 attachment(s) -** Enclosure 1.pdf (2.04MB) , Enclosure 2.pdf (30.15KB) , Enclosure 3.pdf (29.50KB) , Enclosure 4.pdf (130.42KB) , Enclosure 5.pdf (183.48KB) , Enclosure 6.pdf (727.44KB)

Regards
Amit Sood

Business Development-India
Xcalibur Multiphysics
W: www.xcaliburmp.com
M: +91 8585 999 006

**From:** Amit Sood <amit.sood@xcaliburmp.com>
**Sent:** Tuesday, November 16, 2021 12:50 PM
**To:** Chief_vigilance@ongc.co.in
**Subject:** Forwarding of Power point Presentation along with relevant documents.

**For the Kind Attention of IEMs:**

Dated: 16.11.2021
To,
**IEM**
**C/o CVO**
**ONGC**
**Deendayal Urja Bhavan, 5A,**
**Nelson Mandela Marg, Vasant Kunj,**
**New Delhi – 110 070.**

Dear Sir,
Thank you for giving us a hearing on 15.11.2021 and patiently hearing our grievances. While we await your decision on the subject matter, as per your emails dated 15.11.2021 (sent at 13:15 P.M.) and 16.11.2021 (sent at 12:13 P.M.), we would like to put on record the following for your review.

There appears to be some misunderstanding with respect to our experience insofar as the Contract executed by for Armour Energy is concerned. In this regard, we would like to place on record the following:

A contract dated July, 2013 was executed by and between Armour Energy and Fugro Airborne Surveys (as we were formerly known as) for Airborne Gravity Gradiometry, Magnetics and DTM Survey with Integrated Structural Interpretation.

Though the Contract was executed between Armour Energy and Fugro Airborne Surveys, it is important to note that any contract with Fugro Airborne Surveys was deemed to be executed with the entire group of Fugro as the entire assets & personnel of the other Fugro companies were transferred into Fugro Aviation (Australia) Pty Ltd.

The above-mentioned process was in accordance with the Clause 28 of the Contract which explicitly states that the contracting party gives its consent to the novation of the said Contract from Fugro Airborne Survey (FAS) to Fugro Aviation Australia Pty Ltd and thus Fugro Aviation Australia Pty Ltd shall become a party to said Contract in place of FAS. The relevant clause i.e., Clause 28 of the Contract is reiterated herein below for the ease of reference:

"**28. ASSIGNMENT AND SUBCONTRACTING**

*28.1 Neither party may assign, transfer, sub-contract or otherwise dispose of any of its rights under or interest in, or any of its obligations or liabilities under, or in connection with, or arising out of, this Contract, except with the prior written consent of the other party which shall not be unreasonably withheld.*

**28.2 The Client hereby consents to the novation of this Contract from FAS to Fugro Aviation Australia Pty Ltd whereupon Fugro Aviation Australia Pty Ltd will become a party to this Contract in place of FAS.**

*28.3 The novation of this Contract under clause 28.2 will be effective from the date on which FAS and Fugro Aviation Australia Pty Ltd sign a certificate confirming that the Contract has been transferred from FAS to Fugro Aviation Australia Pty Ltd (Novation Date), and shall be effected by FAS or Fugro Aviation Australia Pty Ltd sending a copy of the certificate to the Client.*

*28.4 The Client and FAS agree that despite the novation of this Contract in accordance with clauses 28.2 and 28.3, FAS will retain any obligations and liabilities that have accrued or were incurred, under this Contract, prior to the Novation Date even where such obligations or liabilities materialise on or after the Novation Date."*

[Emphasis Supplied]

From a bare perusal of the above-mentioned clause, it is clear that the contract between Armour Energy and Fugro Airborne Surveys was deemed to be the contract executed between Armour Energy and Fugro Aviation Australia Pty Ltd.

A copy of the said Contract is attached herewith as **Enclosure 1**.

Thereafter in September 2013 the name of the Fugro Aviation (Australia) Pty Ltd was changed to CGG Aviation (Australia) Pty Ltd. A copy of the certificate of registration of the company dated 15.01.2014 is enclosed herewith as **Enclosure 2.**

This contract was completed by us and accordingly a completion certificate dated 13.11.2013 was also issued by Armour Energy. This certificate clearly records that CGG Aviation (Australia) formerly Fugro Airborne Surveys has completed a contract for Armour Energy Limited comprising of 8361 line km of acquisition, processing and interpretation of AGG data in northern Queensland during August, 2013. A copy of this Completion Certificate issued by Armour Energy is enclosed herewith as **Enclosure 3**.

We are also enclosing herewith a Certificate of Registration of Change of Name dated 21.07.2021 issued by the Australian Securities and Investment Commission clearly recording that the name of CGG Aviation (Australia) has now changed to Xcalibur Aviation (Australia). A copy of the Certificate of Registration of Change of Name dated 21.07.2021 issued by the Australian Securities and Investment Commission is enclosed herewith as **Enclosure 4**.

Additionally, we are once again providing a certificate of Goshawk Energy confirming that CGG Aviation (Australia) Ltd completed a contract for Goshawk Energy Ltd, comprising 12,345-line km of acquisition and processing and supply of Falcon AGG data, in 2018. It is also stated that CGG completed an Integrated Structural Interpretation of the newly acquired Falcon AGG, AG and Magnetic data in 2019. A copy of certificate of completion issued by Goshawk Energy Ltd is enclosed herewith as **Enclosure 5**

Thus, what is evident from the above documents is that Xcalibur Aviation (Australia) does have the requisite experience. The confusion, if at all there may be one is due to the fact that initially the name of the Company was Fugro Airborne Surveys thereafter it became CGG Aviation (Australia) and thereafter it has now become Xcalibur Aviation (Australia).

We have already furnished the above-mentioned documents with our representation dated 01.09.2021 and are once again being sent for ease of convenience.

Lastly, we would like to once again confirm, as has been done by us in the hearing today as well as before the ONGC on multiple occasions, that we are capable to deliver the final processed gravity gradient tensor i.e., Txx, Txy, Txz, Tyy, Tyz, & Tzz.

Also, as desired, please find enclosed herewith the PPT as presented in the hearing today. The same is enclosed herewith as **Enclosure 6**.

Please do let us know, in case any further clarification is required from our end.

Regards.
For Xcalibur Geophysics India Pvt. Ltd.

*Amit Sood*
*Director*

*amit.sood@xcaliburmp.com*
Mobile: +91 8585 999 006



---

**From:** kapoor_munish@ongc.co.in <kapoor_munish@ongc.co.in>
**Sent:** 16 November 2021 12:13
**To:** Amit Sood <amit.sood@xcaliburmp.com>
**Cc:** aswal_deepak@ongc.co.in; sharma_ajaykumar@ongc.co.in; das_gaurab@ongc.co.in
**Subject:** Forwarding of Power point Presentation along with relevant documents.

Dear Sir,

This is with reference to IEMs meeting held on 15.11.2021 and subsequently mail sent to you on 15.11.2021 at 1315 HRS(IST) , you are once again requested to forward the PPT and other documents for review by IEMs at the earliest. Presentation along with relevant document may also be forwarded to Mr. Gaurab Das, GM(D) having e-mail id as das_gaurab@ongc.co.in.

Regards,

मुनीश कपूर ,          Munish Kapoor,
प्रबंधक (सामग्री प्रबंधन)    Mgr(MM).
५ वीं मंजिल, ए-विंग, बी एस नेगी भवन, 5th Floor, A-Wing, B. S Negi Bhavan
ओएनजीसी फ्रंटियर बेसिन, देहरादून।  ONGC, Frontier Basins, Dehradun.
Tel-0135-2793694.

भारत का ऊर्जा सारथी

स्वच्छ भारत एक कदम स्वच्छता की ओर


अस्वीकृति :

यह संदेश संबोधित प्राप्तकर्ता के उपयोग हेतु है और इसमें कानूनन विशेषाधिकृत तथा गोपनीय जानकारी भी हो सकती है। यदि इस संदेश का पाठक सही प्राप्तकर्ता या कार्मिक या प्राप्तकर्ता तक संदेश पहुंचाने वाला संदेशवाहक नही है, तो आपको एतद् द्वारा आगाह किया जाता है कि इस सूचना का किसी भी प्रकार का प्रसार, वितरण या प्रतिलिपि तैयार करना निषिद्ध है। यदि यह संदेश आपको किसी त्रुटिवश मिला हो तो कृपया इस ई-मेल को नष्ट कर दें एवं इसकी सूचना तत्काल ई-मेल द्वारा admin_ongcmail@ongc.co.in" target='_blank' rel=external> admin_ongcmail@ongc.co.in पर दें।


India's Energy Anchor

Swachh Bharat Making India Clean


Disclaimer:

This message is for the use of addressee and may contain legally privileged and private information. If the reader of this message is not the intended recipient, or employee or agent responsible for delivering the message to the recipient, you are

hereby cautioned that any dissemination, distribution or copying of this communication is prohibited. If you have received this transmission in error, please delete this mail and notify us immediately at admin_ongcmail@ongc.co.in"