United States District Court
Southern District of Texas
**ENTERED**
May 16, 2023
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **BELL GEOSPACE, INC.,** § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:23-CV-00379 |
| § | |
| **XCALIBUR GEOPHYSICS SPAIN S.L.,** § | |
| § | |
| Defendant. § | |

## FINAL JUDGMENT

On May 15, 2023, the Court granted Defendant's Motion to Dismiss (Doc. 13) and dismissed this case without prejudice to Plaintiff's underlying claims. Pursuant to Federal Rule of Civil Procedure 58(a), and for the reasons set forth at the hearing, final judgment is hereby **ENTERED** for Defendant.

**IT IS SO ORDERED.**

Signed at Houston, Texas on May 15, 2023.

Keith P. Ellison
United States District Judge